No. 65831.—Air Express International Agency, Inc., a/c R. M. Bagai *v.* United States, protest 60/16754 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of duplicate motion-picture negatives, the claim of the plaintiff was sustained.

No. 65832.—Louis Greenberg & Son, Inc., et al. *v.* United States, protests 323696–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiffs was sustained.

No. 65833.—Ace Importing Co., Inc., and I. B. Cohen & Sons Corp. *v.* United States, protests 58/11629 and 59/28356 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiffs was sustained.

No. 65834.—Alpha Lux Co., Inc. *v.* United States, protests 60/27937, etc. (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cases for moisture testers the same in all material respects as those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (43 Cust. Ct. 22, C.D. 2097), the claim of the plaintiff was sustained.